IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY MOORE, SR.,

    Plaintiff,                    CIV-S-05-1858 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.                 ORDER
_____/

        By order filed July 24, 2006, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed for lack of prosecution. The twenty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        Accordingly, this action is dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: 9/14/06                    /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:035
moore.fsc